JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| JOSEPH DINH, on behalf of himself, all others similarly situated, and the general public,<br><br>      Plaintiff,<br><br>vs.<br><br>HERTZ LOCAL EDITION CORP.; HERTZ LOCAL EDITION TRANSPORTATION, INC.; THE HERTZ CORPORATION; and DOES 1 to 100, inclusive,<br><br>      Defendants. | Case No.  SACV 13-1341-JLS-(VBKx)<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>[Local Rule 52-4.1]<br><br>[Stipulation Dismissing Action filed concurrently herewith]<br><br>Judge:  Hon. Josephine L. Staton<br>Courtroom: 10-A<br><br>Complaint Filed: July 29, 2013<br>Removal Date:  August 29, 2013<br>Trial Date: March 15, 2015 |
|---|---|

Based upon the Parties' Stipulation for Dismissal with Prejudice, and good cause appearing, the Court hereby ORDERS that this entire action is DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED:**

Dated:  December 29, 2014

          JOSEPHINE L. STATON
          ─────────────────────────────
        THE HONORABLE JOSEPHINE L. STATON
        Judge of the United States District Court

BISNAR|CHASE LLP
1301 Dove Street
Suite 120
Newport Beach, CA 92626
(949) 752-2999

STIPULATION TO DISMISS WITH PREJUDICE; CASE NO. 8:13-CV-01341-JLS-(VBK)

4820-5360-1569.1